**Hand-Delivered**

FILED
CHARLOTTE, NC

APR 1 4 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
_____ Division

Jeffrey S. Clegg

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jacob Presnell

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:25-cv-56-KDB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

42 U.S.C. 1983

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Exhaustion of Administrative Remedies: Filed complaint with the Statesville Police Chief David Onley. I received no response (See attached letter to Chief Onley)

Page 1 of 6

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeffrey S. Clegg
Address: 1309 Wilson W. Lee Blvd., Statesville, NC
Statesville, NC 28677
City / State / Zip Code

County: Iredell
Telephone Number: (980)635-4190
E-Mail Address: cleggjeffrey453@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jacob Presnell
Job or Title (if known): Statesville Police Officer
Address: 330 S. Tradd Street
Statesville  NC  28677
City / State / Zip Code

County: Iredell
Telephone Number: (704)878-3406
E-Mail Address (if known): Unknown

[x] Individual capacity  [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:

City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Page 2 of 6

Case 5:25-cv-00056-KDB-SCR    Document 1    Filed 04/14/25    Page 2 of 7

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City    State    Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City    State    Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

  B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Due Process Rights violated. Charged and arrested for crime not committed

  C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Statesville Police officer falsely charged the Plaintiff and falsely arrested the Plaintiff with misdemeanor flee and elude with a motor vehicle. The false arrest and charge violated the Plaintiff's fundamental rights to due process

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Officer Jacob Presnell stopped the Plaintiff on Wilson Lee Blvd., having no reasonable suspicion or probable cause. The plaintiff lives on the same stre about 250 feet from where the stop occured. The stop revealed that the Plaintiff's license were suspended for eight days.

See attached claim
B. What date and approximate time did the events giving rise to your claim(s) occur? next page
May 20, 2024 at about 6:30 p.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Joy Ziebart was a witness riding in the Plaintiff's car. The officer was videotaped as the stop was being conducted. The Plaintiff's license were handed back to him after the officer checked his computer system in his patrol car. The Plaintiff then drove off at about 15 miles an hour, reaching his driveway and turning into the driveway which is about 250 feet from the police stop. Then all of a sudden the officer(Presnell) put on his police lights and called backup and pursued the plaintiff into the plaintiff's driveway.
In the driveway, tasers were drawn on the Plaintiff, and the Plaintiff did not know what was going on. The plaintiff did not resist or anything like that. The Plaintiff did not run and did not try to run.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

```
False arrest for flee(speed) and elude misdemeanor with a
motor vehicle. False charges
```

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

```
Punitive Damages in the amount of $40,000 for violation of his
due process rights for being charged with a crime he did not
commit

Compensatory damages in the amount of $30,000 for mental anguish
and emotional distress
```

Statement of Claim Continued
-------------------------------

Correctly stated, the Plaintiff's license had been suspended eigh
days prior to the stop of May 20, 2024. However, the Plaintiff
did not know that his license had been suspended. DMV had never
contacted the Plaintiff concerning the suspension of the Plaintif
license. North Carolina law requires that flee(speed) and elude
requires that a defendnat be traveling in excess of at least
15 miles per hour over the posted speed limit for there to be
liability for flee(speed) and elude with a motor vehicle.(See
attached warrant) (citing factual basis of warrant, which states
that the Plaintiff was doing 35 miles per hour in a 25 mile per
hour zone. Which is false.

## NOT A CLAIM

**NOTE:** Law enforcement has the Plaintiff in a nation-wide tracking
stalking, and harassment program. Law enforcement has the
plaintiff stalked everywhere he goes. The people
are regular civilians who are employed by lawenforcement
who harass, assault the plaintiff, etc.

Law enforcement have had the plaintiff fired from over
eighteen jobs since 2019 to this current date(January
of 2025). As well, law enforcement have tampered with the
plaintiff's dental and medical care.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/14/25

Signature of Plaintiff: *Jeffrey D. Clegg*

Printed Name of Plaintiff: Jeffrey S. Clegg

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

        City        State        Zip Code

Telephone Number
E-mail Address